BANKERS' MONEY ORDER ASS'N v. NACHOD et al. (Supreme Court, Appellate Division, First Department. April 16, 1908.) Action by the Bankers' Money Order Association against Friedrich Nachod and another. No opinion. Motion granted.

BAUMANN, Respondent, v. DOHM, Appellant, et al. (Supreme Court, Appellate Division, First Department, April 10, 1908.) Action by Samuel Baumann against Bertha Dohm, impleaded. W. V. Goldberg, for appellant. O. A. Samuels, for respondent. No opinion, Order affirmed, with $10 costs and disbursements. Order filed.

BAYNE, Respondent, v. DUKE, Appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by Emily Bayne against Oak Duke. No opinion. Order affirmed, with $10 costs and disbursements.

BEATTIE, Respondent, v. NEW YORK & L. I. CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by John Beattie and another, as executors and trustees under the last will and testament of John Beattie, deceased, against the New York & Long Island Construction Company. No opinion. Motion granted, unless the appellant perfect its appeal and put the cause on the calendar in time for the next term of this court, in which case the motion is denied.

BERGER, Appellant, v. COHEN, Respondent. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by Louis Berger against Max Cohen.

PER CURIAM. In the absence of express stipulation on the subject, the parties must be deemed to have intended that the delivery of the plans by the plaintiff and the payment therefor by the defendant should be concurrent acts. The plaintiff proved the preparation of the plans and a tender thereof to the defendant upon payment of the plaintiff's services therefor. The defense of nonperformance was, therefore, not available. Scott v. Miller, 114 App. Div. 6, 99 N. Y. Supp. 609. Judgment of the Municipal Court reversed, and new trial ordered; costs to abide the event.

BIRD, Respondent, v. HATCH, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) Action by William M. Bird against Albert G. Hatch. No opinion. Interlocutory judgment affirmed, with costs.

BOTTOME v. NEELEY et al. (Supreme Court, Appellate Division, First Department. April 16, 1908.) Action by Willard B. Bottome against James R. Neeley and another. No opinion. Motion granted. Order filed.

BRAND, Appellant, v. NAGLE, Respondent. (Supreme Court, Appellate Division, Second Department. March 11, 1908.) Action by George Brand against Mary E. Nagle. No opinion. Motion denied.

BREMEN v. RUSSELL et al. (Supreme Court, Appellate Division, First Department. April 16, 1908.) Action by Hannah Bremen against Albert Russell and others. No opinion. Motion granted, with $10 costs. Order filed.

BREMER, Appellant, v. BREMER, et al., Respondents. (Supreme Court, Appellate Division, First Department. April 10, 1908.) Action by Minnie A. Bremer against John C. Bremer and others. W. E. Warland, for appellant. J. H. Corwin, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

INGRAHAM, J., dissenting.

BROWN et al., Appellants, v. GROSSMAN et al., Respondents. (Supreme Court, Appellate Division, First Department. March 27, 1908.) Action by Louis Brown and others against Fannie Grossman and others. No opinion. Motion granted. Order signed.

BROWN et al. v. GROSSMAN et al. (Supreme Court, Appellate Division, First Department. April 16, 1908.) Action by Louis Brown and another against Fannie Grossman and another. No opinion. Motion granted. Settle order on notice.

BROWN et al. v. PACKARD et al. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by Charles Brown and others against Harriet B. Packard and Noah L. Bishop, individually and as executor, etc., impleaded, etc. No opinion. Judgment affirmed, with costs.

BUFFALO GRAIN CO., Respondent, v. SOWERBY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 4, 1908.) Appeal from Trial Term. Action by the Buffalo Grain Company against George F. Sowerby, as president, etc., and others. From a judgment for plaintiff, defendants appeal. Affirmed.

PER CURIAM. Order affirmed, with costs.

KRUSE, J. (dissenting). I am unable to concur in the decision about to be made, affirming the judgment and order appealed from. The action is brought to recover the value of certain grain owned by the plaintiff and stored in an elevator, which collapsed and the grain was destroyed. The defendants Western Elevating Association and George F. Sowerby Company in form issued the warehouse receipt for the grain, and the defendants Wheeler were the owners of the elevator. The complaint alleges that the defendants received the grain, that the defendants and each of them agreed to redeliver it upon demand, and that the elevator was of defective construction and insecure, and charges each of the defendants with the same negligent acts regarding the defective construction and the unsafe condition of the elevator. In submitting the case to the jury, the learned trial judge placed the liability of each of the defendants upon precisely the same ground. He was requested to charge the jury that the defendants Wheeler, the owners of the elevator, were not warehousemen as regards the plaintiff; but he